UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**EQUITY RESOURCES, INC,**
    **Plaintiff,**

    v.

**KELLY M. THOMAN, et al.,**

    **Defendants.**

Case No. 2:21-cv-5922
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter arises on Plaintiff's Unopposed Motion for Status Conference. (ECF No. 74.) Plaintiff's motion is **GRANTED**. The Court shall hold a telephone status conference between the parties on July 13, 2023 at 11 A.M.

    **IT IS SO ORDERED.**

<u>7/13/2023</u>          s/Edmund A. Sargus, Jr.
**DATE**          **EDMUND A. SARGUS, JR.**
         **UNITED STATES DISTRICT JUDGE**