# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 28, 2026

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

        Re:    Case No. 25-3255, *Equity Resources, Inc. v. T2 Financial, LLC*
                  Originating Case No. 2:21-cv-05922

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Kelly Stephens
                                    Appeal Case Manager: Ryan

cc: Ms. Molly S. Crabtree
    Mr. Alexander Rogosa
    Mr. Christopher Warren Tackett
    Ms. Graycen Wood

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 25-3255
_____

Filed: January 28, 2026

EQUITY RESOURCES, INC.

    Plaintiff - Appellee

v.

T2 FINANCIAL, LLC, dba Revolution Mortgage

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 01/06/2026 the mandate for this case hereby issues today.

 COSTS:  None